```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17807
   ANTHONY JOSEPH LAZZARA
   KRISTINE KAY LAZZARA                         CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2011    SSN XXX-XX-3548

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/28/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG        .00              .00           .00
AMERICAS SERVICING COMPA MORTGAGE ARRE   18385.48              .00           .00
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED              .00           .00
CUSTOMIZED AUTO CREDIT S SECURED NOT I  NOT FILED              .00           .00
CUSTOMIZED AUTO CREDIT S UNSECURED      NOT FILED              .00           .00
CUSTOMIZED AUTO CREDIT   NOTICE ONLY    NOT FILED              .00           .00
MIDWEST TITLE LOANS      SECURED VEHIC    5000.00            38.54         614.59
DEANNA PAYUK             NOTICE ONLY    NOT FILED              .00           .00
AFFILIATED               UNSECURED      NOT FILED              .00           .00
AFFILIATED               UNSECURED      NOT FILED              .00           .00
AMERICAN EXPRESS         UNSECURED      NOT FILED              .00           .00
TARGET                   UNSECURED      NOT FILED              .00           .00
ARROW FINANCIAL          NOTICE ONLY    NOT FILED              .00           .00
ASSET ACCEPTANCE         NOTICE ONLY    NOT FILED              .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         786.28              .00           .00
ASSET ACCEPTANCE LLC     NOTICE ONLY    NOT FILED              .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         773.51              .00           .00
BLAIR CORPORATION        UNSECURED      NOT FILED              .00           .00
CAPITAL ONE              UNSECURED        1947.00              .00           .00
CAPITAL ONE              UNSECURED        1253.92              .00           .00
COMMONWEALTH EDISON      UNSECURED        2033.91              .00           .00
COMMONWEALTH EDISON      NOTICE ONLY    NOT FILED              .00           .00
AARONS RENTAL            UNSECURED      NOT FILED              .00           .00
DEPENDON COLLECTION SERV NOTICE ONLY    NOT FILED              .00           .00
PREMIER BANKCARD         UNSECURED         405.09              .00           .00
FIRST PREMIER BANK       UNSECURED      NOT FILED              .00           .00
GINNYS                   UNSECURED      NOT FILED              .00           .00
LOYOLA H                 UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SERV NOTICE ONLY    NOT FILED              .00           .00
ILLINOIS COLLECTION SERV NOTICE ONLY    NOT FILED              .00           .00
LOYOLA UNIVERSITY PHYSIC UNSECURED         453.13              .00           .00
LOYOLA H                 UNSECURED      NOT FILED              .00           .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17807 ANTHONY JOSEPH LAZZARA & KRISTINE KAY LAZZARA

```
LOYOLA H                    UNSECURED       NOT FILED              .00              .00
FNB OF BROOKINGS            UNSECURED       NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         1886.43              .00              .00
MIDLAND CREDIT MANAGEMEN    NOTICE ONLY     NOT FILED              .00              .00
MIDLAND CREDIT MANAGEMEN    NOTICE ONLY     NOT FILED              .00              .00
LOYOLA MEDICAL PRACTICE     UNSECURED       NOT FILED              .00              .00
LOYOLA MEDICAL PRACTICE     UNSECURED       NOT FILED              .00              .00
LOYOLA MEDICAL PRACTICE     UNSECURED       NOT FILED              .00              .00
NICOR GAS                   UNSECURED          226.89              .00              .00
SPRINT                      UNSECURED       NOT FILED              .00              .00
PENTAGROUP FINANCIAL        NOTICE ONLY     NOT FILED              .00              .00
PENTAGROUP FINANCIAL        NOTICE ONLY     NOT FILED              .00              .00
SALUTE VISA GOLD            FILED LATE         507.72              .00              .00
TCF NATIONAL BANK           UNSECURED       NOT FILED              .00              .00
TCF NATIONAL BANK           NOTICE ONLY     NOT FILED              .00              .00
TCF NATIONAL BANK           NOTICE ONLY     NOT FILED              .00              .00
TCF NATIONAL BANK           NOTICE ONLY     NOT FILED              .00              .00
VILLAGE OF FOREST PARK      UNSECURED       NOT FILED              .00              .00
WORLD FINANCIAL NETWORK     UNSECURED          734.82              .00              .00
ASSET ACCEPTANCE LLC        UNSECURED         1403.60              .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         3134.33              .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          775.41              .00              .00
MIDWEST TITLE LOANS         UNSECURED           65.00              .00              .00
LEDFORD & WU                DEBTOR ATTY      2,000.00                          1,968.87
TOM VAUGHN                  TRUSTEE                                              228.00
DEBTOR REFUND               REFUND                                                  .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,850.00

PRIORITY                                                .00
SECURED                                              614.59
    INTEREST                                          38.54
UNSECURED                                               .00
ADMINISTRATIVE                                     1,968.87
TRUSTEE COMPENSATION                                 228.00
DEBTOR REFUND                                           .00
                        ---------------        ---------------
TOTALS                  2,850.00                   2,850.00

           PAGE  2 - CONTINUED ON NEXT PAGE
 CASE NO. 07 B 17807 ANTHONY JOSEPH LAZZARA & KRISTINE KAY LAZZARA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE